

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Dr. Geo. W. Cox,
State Health Director
Austin, Texas

Dear Sir:

Opinion No. O-1117
Re: Stamps for bedding labels un-
der Senate Bill Nl. 200

This department has received your request for
an opinion on the following questions:

"1. Whether or not the attached stamp com-
plies with the provisions of the Act, or wheth-
er any additional wording should be placed
thereon, such as the word 'stamp' and also the
value thereof.

"2. Is it required that the registration
number be placed thereon by the printer or for
the sake of economy, would it be permissible
to use a numbering machine in the department,
and add the registration number as the request
for these stamps developed? Is it necessary
for the numbers to be printed, or may they be
written thereon?

"3. Again, is it required that the number
be placed on the stamp by the State Health De-
partment or may the stamps be sold and the num-
ber placed thereon by the bedding man?"

Your first question is whether the attached
stamp complies with the provisions of the Act, or wheth-
er any additional wording should be placed thereon, such
as the word "stamp".

Section 7(b) of Senate Bill No. 200, the last
sentence of which reads as follows:

Dr. Geo. W. Cox, Page 2

"The State Health Officer is hereby authoriz-
ed to prepare and cause to be printed, adhesive
stamps which shall contain a replica of the seal
of the State of Texas, the registering number of
the person applying therefor, and such other
matters as the State Health Officer shall direct."

The above sentence is the only mention made in
the Act of the appearance of the required stamp. The sam-
ple stamp enclosed in your letter bears a seal of the
State of Texas, together with the words "bedding revenue",
and in the lower portion "The State Department of Health".
The above quoted sentence required that the registry
number of the person applying therefor shall appear on
the stamp. In our opinion, that registry number must
appear on the stamp before it is issued by your depart-
ment. With that addition, we believe that the stamp sug-
gested by you complies with the law. The law permits
the State Health Officer to put other information on the
stamp but it does not require him to do so.

Your second question relates to the numbering on
stamps. You ask if it is necessary that the number ap-
pear on the stamp before its issuance by your department,
must it be printed on the stamp or may it be placed there-
on by a numbering machine or in handwriting.

Quoting again the last sentence of Section 7(b)
the Legislature said the "State Health Officer is hereby
authorized to prepare and cause to be printed, adhesive
stamps which shall contain a replica of the seal of the
State of Texas, the registering number of the person
applying therefor * * "

We think it clearly the intention of the Legisla-
ture that numbers shall be on the stamps prior to the
time they are issued by your office. Further, Section
7(a) of the Act says that no person shall sell, manu-
facture, renovate or have in his possession to sell
bedding unless there be affixed an adhesive stamp pre-
pared and issued by this department. This department
refers to the State Health Department. It is understand-
able that failure to have the numbers on the stamps be-
fore they are issued by your office might lead to a
gross abuse of the privilege of letting the purchaser
number the stamp. We see no particular objection, if

Mr. Geo. W. Cox, Page 3

it be more economical for the administration of the Act to permit your department to place the numbers on the stamps by means of handwriting or by a numbering machine. And we believe it permissible for you to use that means of placing the numbers thereon.

Your third question is answered by reason of our answer to question number 2, in which we advise you that the register number must appear on the stamp prior to the time it is issued by your office.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Morris Hodges*.
Morris Hodges
Assistant

MH:ob

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

APPROVED JUL 31, 1939

FIRST ASSISTANT
ATTORNEY GENERAL